

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00166-CR

_____

**AMBER SHOTWELL,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2010-933-C2**

_____

# O R D E R

_____

The Court issued an opinion and judgment in this appeal on July 11, 2013. In a motion filed on July 26, 2013, appellant requests an extension of time to file her motion for rehearing, which is due July 26, 2013.

Appellant's motion is granted. Her Motion for Rehearing is due August 26, 2013.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Order issued and filed August 1, 2013